JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROBERT AMAYA, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC, a Louisiana Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01741-KK(SPx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>[*Filed concurrently with Joint Stipulation to Remand Action to State Court*]<br><br>Complaint Filed:    April 24, 2025<br>Complaint Removed: July 3, 2025<br>Trial Date:          None |

- 1 -                                          5:25-cv-1741-KK-SP

ORDER

## <u>ORDER</u>

Pursuant to the joint stipulation to remand the above-captioned action to state court, and for good cause shown, the above-captioned action is remanded to the Superior Court of the State of California for the County of San Bernardino as *Robert Amaya v. Saia Motor Freight Line, LLC,* Case No. CIVSB2511628, in light of the Parties' agreement to settle this action.

In the event the settlement does not become final for any reason, this stipulation and order will be void *ad initio* and Defendant reserves the right to file a subsequent Notice of Removal.

**IT IS SO ORDERED**

Dated: __June 1, 2026_____

_____
Hon. Kenly Kiya Kato
United States District Judge

- 2 -                                    5:25-cv-1741-KK-SP

ORDER